HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MACKAY COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MISS LEONA, INC., *in personam*, and F/V MISS LEONA, Official No. 522643, her engines, tackle, equipment, appurtenances, etc., *in rem*, <br><br> Defendants. | IN ADMIRALTY <br><br> NO. C20-587-BJR <br><br> **STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that all claims in the above-entitled action between all parties have been fully settled and compromised, no further issue remains to be resolved, and the case should be dismissed in its entirety with prejudice and without costs or legal fees to any party.

///

///

///

**STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE** - 1

Gaspich Law Office PLLC
8094 Barthrop Pl NE
Bainbridge Island, WA 98110
Tel. (206) 956-4204
Fax: (206) 956-4214

| | |
|---|---|
| DATED this 12th day of May, 2021. | |
| GASPICH LAW OFFICE PLLC | PRITCHETT & JACOBSON, P.S. |
| s/*Anthony J. Gaspich* <br> Anthony J. Gaspich, WSBA No. 19300 <br> Attorneys for Plaintiff Mackay Communications, Inc. <br> 8094 Barthrop Pl NE <br> Bainbridge Island, WA  98110 <br> Tele: (206) 956-4204 <br> Fax:  (206) 956-4214 <br> Email:  tony@gaspichwilliams.com | s/*Russell W. Pritchett* <br> Russell W. Pritchett, WSBA No. 8018 <br> Attorneys for Defendant Miss Leona, Inc. <br> 870 Democrat Street <br> Bellingham, WA  98229 <br> Tele: (360) 647-1238 <br> Email: russell@pandj.info |

# ORDER

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court upon the Stipulated Motion of the above-named parties, advising that all claims by Plaintiff against Defendants and all claims by Defendant against Plaintiff have been fully settled and no further issue remains to be resolved in this action, and the Court being fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all of the claims asserted between the parties herein are hereby dismissed with prejudice and without costs or legal fees to any party.

DATED this 14th day of May, 2021.

*[signature: Barbara J. Rothstein]*
Barbara Jacobs Rothstein
U.S. District Court Judge

**STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE** - 2

**Gaspich Law Office PLLC**
8094 Barthrop Pl NE
Bainbridge Island, WA  98110
Tel.  (206)  956-4204
Fax:  (206)  956-4214